DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN M. BARONE,**
Appellant,

v.

**WELLS FARGO BANK, N.A., A CORPORATION** a/k/a
**WELLS FARGO HOME MORTGAGE** a/k/a
**WELLS FARGO HOME LENDING,**
Appellee.

No. 4D17-2531

[April 26, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. 15 21684.

John M. Barone, Lighthouse Point, pro se.

Sara F. Holladay-Tobias and Emily Y. Rottmann of McGuire Woods LLP, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***